THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS J. CHESNER, Respondent, *v.* J. EDWARD MALONEY, Appellant.

*People ex rel. Chesner* v. *Maloney*, 175 App. Div. 914, affirmed.
(Submitted April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action in the nature of quo warranto to determine title to the office of commissioner of elections for the county of Cattaraugus. Prior to 1914 the relator had for two years held the office of commissioner of elections and in that year was redesignated by the chairman of the Democratic county committee to continue in office. The board of supervisors, however, ignoring the designation, appointed the defendant to succeed the relator. The relator claimed that the appointment was illegal and that he held over.

*John J. Inman* and *W. K. Harrison* for appellant.

*Egburt E. Woodbury, Attorney-General (Patrick S. Collins* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., HOGAN and McLAUGHLIN, JJ.